# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 26, 2022

### NO. 03-21-00384-CV

**Kirsten Hanna; Upside Up Properties, LLC; and Upside Up Ventures, Inc., Appellants**

**v.**

**M. Matthew Williams; David Howell; Law Firm of M. Matthew Williams; and Leighton, Michaux, Adkinson & Brown, PLLC, Appellees**

---

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the interlocutory order signed by the trial court. Kirsten Hanna; Upside Up Properties, LLC; and Upside Up Ventures, Inc. have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.